# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | Case No. 21-00075-01-CR-W-DGK |
| ANDREW N. MEYERS, ) | |
| Defendant. ) | |

## MEMORANDUM OF MATTERS DISCUSSED AND ACTION TAKEN AT PRETRIAL CONFERENCE

**PENDING CHARGE**: On August 31, 2021, the Grand Jury returned a four-count Superseding Indictment charging Defendant Andrew N. Meyers with possession with intent to distribute five grams or more of actual methamphetamine (Count One), possession of a firearm in furtherance of a drug trafficking crime (Count Two), felon in possession of a firearm (Count Three), and possession with intent to distribute five grams or more of actual methamphetamine while on release (Count Four).

The following matters were discussed and action taken during the pretrial conference:

**TRIAL COUNSEL**:
    Government: Byron H. Black and co-counsel yet to be named
        Case Agent: KCPD Det. Adam Hill
    Defense: Willis Lee Toney

**OUTSTANDING MOTIONS**: No outstanding motions

**TRIAL WITNESSES**:
    Government: 5 with stipulations; 8-10 without stipulations
    Defendant: 0 witnesses

**TRIAL EXHIBITS:**
    Government: approximately 40 exhibits
    Defendant: approximately 0 exhibits

**DEFENSES**: General denial

**POSSIBLE DISPOSITION**:
    ( ) Definitely for trial; (X) Possibly for trial; ( ) Likely a plea will be worked out

**TRIAL TIME: 2-3 days total**
    Government's case including jury selection: 2 day(s)
    Defendant: 1 day(s)

**STIPULATIONS**: The parties anticipate the usual stipulations – drug chemistry, gun nexus, felon status, and chain of custody.

**UNUSUAL QUESTIONS OF LAW:** None.

**FILING DEADLINES:**

    **Witness and Exhibit List**
        Government: None filed. **Due on or before November 22, 2022.**
        Defendant: None filed. **Due on or before November 22, 2022**.

    **Counsel are requested to list witnesses in alphabetical order on their witness list.**

    **Exhibit Index, if required by the District Court, Voir Dire, Jury Instructions: Due on or before November 30, 2022.**

**Please Note**: Jury instructions must comply with Local Rule 51.1

    **Motion in Limine: Due on or before November 30, 2022.**

**TRIAL SETTING**: Criminal jury trial docket set for December 5, 2022.

    **Please note:** Both parties request the second week as both are unavailable the first week.

    **IT IS SO ORDERED**

                                    */s/ Lajuana M. Counts*
                                    LAJUANA M. COUNTS
                                    UNITED STATES MAGISTRATE JUDGE